NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**B. BRAUN MELSUNGEN AG** AND
**B. BRAUN MEDICAL INC.,**
*Plaintiffs-Cross Appellants,*

v.

**TERUMO MEDICAL CORPORATION**
AND **TERUMO CORPORATION,**
*Defendants-Appellants.*

---

2011-1400, -1428

---

Appeals from the United States District Court for the District of Delaware in case no. 09-CV-0347, Judge Leonard P. Stark.

---

**ON MOTION**

---

**O R D E R**

B. Braun Melsungen AG, B. Braun Medical Inc., Terumo Medical Corporation, and Terumo Corporation move to dismiss their appeal no. 2011-1400 and cross-appeal no. 2011-1428.

Upon consideration thereof,

IT IS ORDERED THAT:

(1)  The motion to dismiss the appeals is granted.  The appeals are dismissed.

(2)  Each side shall bear its own costs.

FOR THE COURT

MAR 2 1 2012
_____                    /s/ Jan Horbaly
        Date                          Jan Horbaly
                                      Clerk

cc:  Edward C. Donovan, Esq.
     Mathias W. Samuel, Esq.

s21

Issued As A Mandate:    MAR 2 1 2012          .

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

MAR 2 1 2012

JAN HORBALY
CLERK